UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-81941-Civ-MIDDLEBROOKS

DANIEL LUGO,

       Plaintiff,

v.

PHOENIX HOTELS & RESORTS, LLC,

       Defendant.

_____ /

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

      The parties stipulate and agree that this action is dismissed with prejudice pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear his/its own fees and costs

except as otherwise agreed.

| | |
|---|---|
| s/Drew M. Levitt | s/Barry M. Leff |
| DREW M. LEVITT | BARRY M. LEFF |
| Florida Bar No. 782246 | Florida Bar No. 49005 |
| drewmlevitt@gmail.com | BARRY LEFF, P.A. |
| Lee D. Sarkin, Esq. | 1005 Kane Concourse, Suite 203 |
| Florida Bar No. 962848 | Bar Harbor Islands, Florida 33154 |
| lsarkin@aol.com | Telephone (516) 769-0202 |
| 4700 N.W. Boca Raton Boulevard | Attorney for Defendant |
| Suite 302 | |
| Boca Raton, Florida 33431 | |
| Telephone (561) 994-6922 | |
| Attorneys for Plaintiff | |